United States District Court
Central District of California

**UNITED STATES OF AMERICA vs.**          CR 98-972-R

Defendant **CHARLES F. BENNINGHOFF**          Soc Security #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
    T/N: CHARLES FRANKLIN BENNINGHOFF III
Residence: 32071 Peppertree Bend          Mailing: SAME
    San Juan Capistrano, Ca 92675

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on: AUGUST 16, 1999
                    Month / Day / Year

COUNSEL:
    ____ WITHOUT COUNSEL
    However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
    XX WITH COUNSEL Charles Kreindler, retained

PLEA:
    XX GUILTY, and the Court being satisfied that there is a factual basis for the plea.
    ____ NOLO CONTENDERE          ____ NOT GUILTY

FINDING:
    There being a finding of ____ GUILTY, defendant has been convicted as charged of the offense(s) of:
    Conspiracy to make false statement or report to financial institution in violation of Title 18 USC 371; 1014 as charged in count 1; Conspiracy to make false statement to financial institution, causing an act to be done in violation of Title 18 USC 371, 1014, 2(b) as charged in count 9; False statement to federal agency in violation of Title 18 USC 1001 as charged in count 11 of the indictment.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of.
    Twelve (12) months, concurrent on counts 1, 9, & 11.

IT IS FURTHER ADJUDGED that defendant is placed on probation for a term of three (3) years under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) shall, during the period of community supervision, pay the special assessment and the fine in accordance with this judgment's orders pertaining to such payment and as directed by the Probation Officer; 3) shall perform eighteen hundred (1800) hours of community service, as directed by the Probation Officer

-- **GO TO PAGE TWO** --

                                                              Deputy Clerk

==============================================================
## JUDGMENT AND PROBATION/COMMITMENT ORDER
==============================================================

4) shall as directed provide to the Probation Officer a signed release authorizing credit checks and an accurate financial statement, with supporting documentation as to all sources and amounts of income and all expenses of the defendant and in addition shall provide federal and state income tax returns as requested by the Probation Officer; 5) shall not apply for any loan or open any line of credit without prior approval of the Probation Officer and shall maintain a single personal bank account into which all income financial proceeds and gains shall be deposited and from which all.

IT IS FURTHER ORDERED that defendant pay a fine to the United States in the amount of $30,000.00, which shall be paid forthwith.

IT IS FURTHER ORDERED that defendant pay a special assessment of $150.00.

IT IS FURTHER ORDERED that execution of sentence is stayed until September 13, 1999 at 12 noon, by which date and time the defendant shall self-surrender to the designated facility or to the U. S. Marshal at 312 North Spring Street, Los Angeles, Ca 90012.

IT IS FURTHER ORDERED that the bond of the defendant shall be exonerated upon his self-surrender.

IT IS FURTHER ORDERED that any remaining counts are dismissed as to this defendant.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period

Signed by: District Judge _____
                                MANUEL L. REAL

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk of Court

Dated/Filed  Aug. 18, 1999                By_____
            Month / Day / Year               William Horrell, Deputy Clerk