Nancy L. Benninghoff & Charles Benninghoff
Post Office Box 1355
San Juan Capistrano, CA 92693
949-510-1100  Fax 949-661-2772
webmaster@proofofservice.com

In Propria Persona

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America | ) | Case No.: CR - 98 - 972 - R |
|---|---|---|
| vs. | ) | |
| | ) | NOTICE OF APPEAL |
| Charles F. Benninghoff III and | ) | |
| | ) | Judge: Hon M. Real |
| Nancy L. Benninghoff | ) | Order Date: March 20, 2006 |
| | ) | Time: 1:30 PM |
| Petitioners | ) | |

Notice is hereby given that Nancy L. Benninghoff and Charles F. Benninghoff III (Petitioners) in the above named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order of the Federal District Court for the Central District of California entered in this action on the 20th day of March, 2006 denying their Petition for Expunction and/or issuance of a Certificate of Rehabilitation Upon a Showing of Rehabilitation

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF
RECORD, IN THIS ACTION, ON THIS DATE

DATED _____

DEPUTY CLERK

Dated: March 22, 2006

_____     _____
Nancy Benninghoff              Charles F. Benninghoff III

Benninghoff – NOTICE OF APPEAL OF ORDER

# PROOF OF SERVICE

In Orange County

STATE OF CALIFORNIA

I, Diana L. Storti declare:

I am a citizen of the United States, a resident of San Diego County, and am over 18 years of age. I am not a party to the within entitled action. My business/residence address is:

    Street:    Post Office Box 1355
    City, State, ZIP:    San Juan Capistrano, CA 92675

On March 22, 2006 I served a copy of the attached

**NOTICE OF APPEAL FROM ORDER DENYING EXPUNCTION AND/OR CERTIFICATE OF REHABILITATION**

by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Juan Capistrano, California, addressed as follows to:

    Debra Wong Yang, USA
    ATTENTION: Pegeen Rhyne
    United States Attorney's Office
    1200 U. S. Courthouse
    312 North Spring Street
    Los Angeles, California 90012

I declare, under penalty of perjury, that the foregoing is true and correct.

DATE:    March 22, 2006

*/s/ Diana L. Storti*
Diana L Storti

P. O. Box 1355
San Juan Capistrano, CA 92693

U. S. District Court
G-8 U. S. Courthouse
312 North Spring Street
Los Angeles, CA 90012



