FILED
CLERK, U.S. DISTRICT COURT

MAR 27

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff(s)/Appellee

v.

CHARLES F. BENNINGHOFF II

Defendant(s)/Appellant

U.S. COURT OF APPEALS CASE NUMBER:

U.S. DISTRICT COURT CASE NUMBER:
CR 98-972 R (01)

DISTRICT OF.   CENTRAL CALIFORNIA

NOTICE OF APPEAL FILED: 3/23/06

- [ ] CJA OF FP.
- [ ] APPOINTED COUNSEL
- [x] RETAINED COUNSEL
- [ ] ON BAIL

- [ ] PAID APPEAL
- [ ] FED. PUBLIC DEFENDER
- [ ] ADV. COUNSEL
- [ ] IN CUSTODY

## ORDER FOR TIME SCHEDULE

The parties, counsel and court personnel in the processing of this appeal, will comply with the following time schedule:

1. If not exempt, the docket fee will be transmitted to the Clerk of the District Court: **IMMEDIATELY**

2. Data transcript(s) will be ordered from the court reporter: 4/17/06
   If this case is under CJA, give the date that the order is to be given to the court reporter.

3. The court reporter's transcript(s) will be filed in the District Court: 5/17/06
   Certificate of Record will be submitted to the Court of Appeals by the Clerk of the District Court immediately upon the filing of the transcript. The Certificate of Record indicates that the complete trial court record, including designated transcripts, is available for use of the parties.

4. Appellant's opening brief and excerpts of record will be served and filed pursuant to F.R.A.P. 32 and Circuit Rule 32-1: 6/26/06

5. The appellee's brief will be served and filed pursuant to F.R.A.P. 32 and Circuit Rule 32-1: 7/20/06

6. The appellant's [optional] reply brief will be served and filed pursuant to F.R.A.P. 32 and Circuit Rule 32-1: 7/31/06

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring on the first available calendar after the appellee's brief is filed.

For the Court:
CATHY A. CATTERSON, Clerk
U.S. Court of Appeals

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION, ON THIS DATE 3-27-06
DATED
DEPUTY CLERK

ENTERED CLK

MAR 27 2006

By:                                    D. Martin
Deputy Clerk,
United States District Court
Central District of California

**Circuit Rule 42-1** requires that this appeal may be dismissed if appellant's brief is not timely

ORDER FOR TIME SCHEDULE - U.S.C.C.A. 9TH CIRCUIT

A-7 (04/99)

139