UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 10 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>NANCY L. BENNINGHOFF; CHARLES FRANK BENNINGHOFF, III,<br><br>Defendants - Appellants. | Nos. 06-50189, 06-50193<br><br>D.C. No. CR-98-00972-R<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S DISTRICT COURT
SEP 1 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

The opening brief was due October 11, 2006. On July 25, 2007, the court ordered appellants to file the opening brief within 14 days. To date, appellants have neither filed the opening brief nor requested an extension of time to do so. Accordingly, these appeals are dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandates.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
SEP 10 2007
by: _____
Deputy Clerk

For the Court:

Adrienne H. Hickman, Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\09-07\ahh\06-50189.wpd